UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEISHA STRAIGHT, <br> GREGORY PITTS, <br> K. S. a minor, b/n/f's KEISHA STRAIGHT <br> and EDDRIGUEZ SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> JODEE TRUCK LEASING LTD, <br> ESMAEIL ROWSHAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-02486-MPB-CSW <br> ) <br> ) <br> ) <br> ) <br> ) |

**REPORT AND RECOMMENDATION**
**HON. MAGISTRATE JUDGE CRYSTAL S. WILDEMAN**

On November 29, 2022, Plaintiff Gregory Pitts, along with Keisha Straight and K.S. a minor, filed this action in the Circuit Court for the County of Henry, State of Indiana, Cause No. 33C01-2211-CT-000054, and on December 29, 2022, this cause was removed to the United States District Court for the Southern District of Indiana. (Dkt. No. 1). At the time of filing, all parties were represented by counsel.

On June 19, 2023, Attorney Nathan D. Foushee, counsel of record for Plaintiff Gregory Pitts, filed a Motion to Withdraw Attorney Appearance as to Mr. Pitts, explaining he would remain as counsel for the other Plaintiffs. (Dkt. No. 27). On July 11, 2023, the Court granted the motion and directed the Clerk to update Gregory Pitts' contact information on the docket and to mail a copy of the order to the Plaintiff. (Dkt. No. 28). On August 14, 2023, the Court held a telephonic status

1

conference. Plaintiff Gregory Pitts failed to appear. Counsel confirmed that Mr. Pitts had been made aware of the conference. Subsequently, Mr. Pitts was ordered to show cause in writing by August 28, 2023 as to why he should not be sanctioned for his failure to appear. (Dkt. No. 30). The Court's order noted that "[f]ailure to respond and adequately show cause could result in sanctions, including a recommendation to the District Judge that he dismiss Mr. Pitts' claim for failure to prosecute." *Id.*

To date, Plaintiff Gregory Pitts has not responded to the order to show cause. Accordingly, the Magistrate Judge recommends Mr. Pitt's claims be **DISMISSED** without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for his failure to prosecute this matter.

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to timely file objections within fourteen days after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

Date: October 11, 2023

*[signature]*

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

GREGORY PITTS
300 Pointview Dr., Apt. A
Dayton, OH 45405

Edward A. DeVries
Wilson Elser
edward.devries@wilsonelser.com

Nathan D. Foushee
KEN NUNN LAW OFFICE
nathanf@kennunn.com

Justin G. Hazlett
Wilson Elser Moskowitz Edelman & Dicker LLP
justin.hazlett@wilsonelser.com

Philip G. Rizzo
Wilson Elser Moskowitz Edelman & Dicker LLP
philip.rizzo@wilsonelser.com