UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEISHA STRAIGHT, | ) | |
| GREGORY PITTS, | ) | |
| K. S. a minor, b/n/f's KEISHA STRAIGHT and | ) | |
| EDDRIGUEZ SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-02486-MPB-CSW |
| | ) | |
| JODEE TRUCK LEASING LTD, | ) | |
| ESMAEIL ROWSHAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The magistrate judge's report recommending that Plaintiff Mr. Pitt's claims be dismissed was entered on October 12, 2023. (Docket No. 38). Mr. Pitt has not filed an objection, and the time for filing one has expired. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Additionally, no errors of fact or law are apparent therein.

The Report and Recommendation is **APPROVED** and **ADOPTED** as the ruling and rationale of the Court. The Clerk is hereby **ORDERED** to remove Mr. Pitt from this case.

IT IS SO ORDERED.

Dated:  November 21, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

GREGORY PITTS
300 Pointview Dr., Apt. A
Dayton, OH 45405

Edward A. DeVries
Wilson Elser
edward.devries@wilsonelser.com

Nathan D. Foushee
KEN NUNN LAW OFFICE
nathanf@kennunn.com

Justin G. Hazlett
Wilson Elser Moskowitz Edelman & Dicker LLP
justin.hazlett@wilsonelser.com

Philip G. Rizzo
Wilson Elser Moskowitz Edelman & Dicker LLP
philip.rizzo@wilsonelser.com